UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-62033-CIV-DIMITROULEAS

DEBRA SLINGERLAND,
individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.

CRISP MARKETING, LLC,

    Defendant.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal [DE 31], filed herein on February 7, 2020. The Court has reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Motion to Strike [DE 30] the erroneously filed prior "stipulation of dismissal" [DE 28] is **GRANTED**.

2. All claims by Plaintiff, Debra Singerland, individually, are hereby **DISMISSED WITH PREJUDICE**; all claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE**.

3. All parties shall bear their own attorney's fees and costs except as otherwise agreed.

4. The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record